UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2010 OCT 27 P 4: 30

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

MECHELL THOMPSON,

   Plaintiff,

v.                                                    Case No.: 3:10-cv-938-J-20JRK

GENERAL REVENUE CORPORATION,

   Defendant.
_____/

### ORDER

This cause is before this Court on Plaintiff's Notice of Settlement (Doc. 4, filed October 21, 2010). Pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings.

2. The Clerk of Court is directed to **CLOSE** this case and terminate all pending motions.

**DONE AND ORDERED** at Jacksonville, Florida, this 27 day of October, 2010.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Alex D. Weisberg, Esq.
Kevin Dreyer
kdreyer@generalrevenue.com